IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DARREN AND HILDA MCKINNEY,** § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | |
| § | **CASE NO. 1:25-cv-00308 ADA** | |
| **STATE FARM LLOYDS,** § | | |
| Defendant. § | | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

COME NOW Plaintiffs Darren and Hilda McKinney and Defendant State Farm Lloyds ("Parties"), and file this Joint Notice of Settlement as an advisory to the Court and respectfully state as follows:

1. On May 7, 2025, the Parties reached a settlement in this case.

2. The Parties anticipate that a final Release, Indemnity and Settlement Agreement will be executed within 60 days. Once executed, a Joint Stipulation of Dismissal will be filed.

3. The parties respectfully request that any and all settings be removed from the Court's docket, and that any and all other deadlines be vacated. Specifically, the Parties request that the deadline to submit the proposed scheduling order be vacated in light of the settlement.

*(signature page to follow)*

Respectfully submitted,

*/s/ Brooke Wilhelm* (w/permission)
Brooke Wilhelm
Texas Bar No. 24132378
brooke@franklinfranklinlaw.com
B. Eric Franklin
Texas Bar No. 24105631
eric@franklinfranklinlaw.com
FRANKLIN, FRANKLIN & ASSOCIATES, PLLC
485 Milam St.
Beaumont, TX 77701
**ATTORNEYS FOR PLAINTIFF**


~AND

*/s/ Nicholas J. Romero*
Sarah A. Nicolas
State Bar No. 24013543
snicolas@ramonworthington.com
Stephen W. Bosky
State Bar No. No. 24087190
sbosky@ramonworthington.com
Dania Z. Sadi
State Bar No. 24125395
dsadi@ramonworthington.com
Nicholas J. Romero
State Bar No. 24139045
nromero@ramonworthington.com
**Electronic Service to:**
efile@ramonworthington.com
**RAMÓN WORTHINGTON NICOLAS & CANTU, PLLC**
13413 Galleria Circle, Suite 120
Bee Cave, Texas 78738
(512) 643-6005 – Phone

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 8, 2025, the foregoing was filed via the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to users registered with the Electronic Filing System.

                                                  /s/ *Nicholas J. Romero*
                                                  Nicholas J. Romero