UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Darren and Hilda McKinney, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Case No. 1:25-CV-00308-ADA |
| | § | |
| State Farm Lloyds, | § | |
| *Defendant*. | § | |

## ORDER

On July 7, 2025, the parties submitted a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 13. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, this case is now **CLOSED**.

**SIGNED** on July 7, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE